UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSUE ROMERO, on behalf of himself and all others similarly situated,

      Plaintiffs,

-against-

BENSHOT, LLC

      Defendant.

Case No.: 1:20-cv-10191

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice and without costs, disbursements, or attorneys' fees to any party.

Dated: Brooklyn, New York
    March 15, 2021

              Respectfully submitted,

              */s/ Joseph H. Mizrahi*
              Cohen & Mizrahi LLP
              *Attorneys for Plaintiff*